

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00299-CR

**IN RE** Henry T. **GARLAND**

Original Mandamus Proceeding[1]

**ORDER**

On May 29, 2020, relator filed a petition for writ of mandamus complaining no action has been taken on four applications for writ of habeas corpus pending before the trial court since May of 2018. On July 6, 2020, the trial court denied each of the applications. Because relator has now received a ruling on his four applications, we dismiss the petition as moot. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 5, 2020.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 789989, 789991, 792091, and 792093, styled *State of Texas v. Henry T. Garland*, pending in the County Court at Law No. 9, Bexar County, Texas, the Honorable Gloria Saldana presiding.